| Case | Date | Number | Disposition | Citation |
|---|---|---|---|---|
| Trott v. Anthony Naples and Lear, LLC [100] | 02/01/2016 | 271 WAL (2015) | Denied | |
| Abrams v. Juvenile Justice Dept. of Philadelphia [101] | 02/01/2016 | 583 EAL (2015) | Denied | Pa.Cmwlth., 122 A.3d 1200 |
| Bradley Center v. North Strabane Tp.; Linden Vue Homeowners Ass'n, Inc., In re [102] | 12/31/2015 | 231, 232 WAL (2015) | Denied | Pa.Cmwlth., 111 A.3d 818 |
| Com. v. Dennis [103] | 12/29/2015 | 749 MAL (2015) | Denied | Pa.Cmwlth., 118 A.3d 495 |
| County of Washington v. W.C.A.B. (Haney) | 12/08/2015 | 209 WAL (2015) | Denied | |
| Fennell v. Department of Corrections [104] | 12/29/2015 | 617 EAL (2015) | Denied | No. 1269 CD 2015 |
| Gutman v. Unemployment Compensation Bd. of Review [105] | 01/04/2016 | 691 MAL (2015) | Denied | |

100. Justice EAKIN did not participate in the consideration or decision of this matter.

101. Justice EAKIN did not participate in the decision of this matter.

102. Reargument Denied February 16, 2016.

103. Justice EAKIN did not participate in the decision of this matter.

104. Justice EAKIN did not participate in the decision of this matter.

105. Justice EAKIN did not participate in the decision of this matter.